DORA TURNER, Respondent, v. HENRY DeCANN and Others, Appellants.— Motions for reargument denied, with ten dollars costs. Motions for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of HOWARD L. WYNEGAR and Others, as Liquidating Committee, PLAZA TRUST COMPANY, for the Appointment of Appraisers, Pursuant to Section 496 of the Banking Law.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

FIRST TRUST AND DEPOSIT COMPANY, Appellant, v. ALBERT M. LeMESSURIER, as Executor, etc., of FREDERICK W. J. McKIBBIN, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified.   [See 235 App. Div. 347.]

WILLIAM A. HEAMAN, Respondent, v. E. N. ROWELL Co., INCORPORATED, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question for review certified.   [See ante, p. 34.]

In the Matter of the Judicial Settlement of the Accounts of NELLIE L. ANTHONY and Another, as Executors, etc., of CARRIE L. COURTNEY, Deceased.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.

CHARLOTTE KRETZ, Respondent, v. TOWN OF HERKIMER and Another, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted.   [See ante, p. 712.]

WARSAW ELEVATOR COMPANY, Respondent, v. WILLIAM J. GUCKER, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs.

TOWN OF AMHERST, Appellant, v. COUNTY OF ERIE and Others, Respondents. — Motion granted to amend order entered June 29, 1932, by making certain reversals and amendments of findings of fact and by making certain new additional findings of fact.   [See ante, p. 58.]

BRINKS EXPRESS COMPANY and Another, Appellants, v. MARIETTA BURNS, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.

ANTONIA BOVE, Appellant, v. DONNER-HANNA COKE CORPORATION, Respondent. — Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.

JOSEPH T. LANE and Another, Appellants, v. JOSEPH H. PALEY, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.

CLYDE C. BAKER, Respondent, v. TIMOTHY J. TOOMEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

# FIRST DEPARTMENT, OCTOBER, 1932.

EDMOND WEIL, INC., Appellant, v. ALFRED POPPER, Respondent.— Determination affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.   [143 Misc. 684.]

DOUGLAS CAIRNS and Others, Respondents, v. T. COLEMAN DU PONT and Others, Defendants, Impleaded with WARD A. WICKWIRE, Appellant, and HOLLYDAY S. MEEDS, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondents.   No opinion.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.